# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE SUCCESSION OF

EDWIN WASHINGTON EDWARDS

NO.  2026 CW 0022

**APRIL 21, 2026**

---

In Re:   Victoria Elaine Edwards, applying for rehearing, 23rd
         Judicial District Court, Parish of Ascension, No. 19725.

---

**BEFORE:  LANIER, WOLFE, AND HESTER, JJ.**

   **APPLICATION FOR REHEARING DENIED.**  See Rule 2-18.7, Uniform Rules
of Louisiana Courts of Appeal.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT